UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

FRONTIER AIRLINES, INC.

v.     Case No. 25-9523

DEPARTMENT OF HOMELAND SECURITY

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

DEPARTMENT OF HOMELAND SECURITY
[Party or Parties][1]

Respondent, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| Weili J. Shaw | Daniel Tenny |
| --- | --- |
| Name of Counsel | Name of Counsel |
| s/ Weili J. Shaw | s/ Daniel Tenny |
| Signature of Counsel | Signature of Counsel |
| 950 Pennsylvania Ave. NW, Washington, DC 20530, 202-514-1371 | 950 Pennsylvania Ave. NW, Washington, DC 20530, 202-514-1838 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| weili.j.shaw@usdoj.gov | daniel.tenny@usdoj.gov |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✓ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

2/19/2025
Date

s/ Weili J. Shaw
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___2/19/2025___ I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                          [state method of service]


2/19/2025
_____
Date

s/ Weili J. Shaw
_____
Signature