# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| Frontier Airlines, Inc.<br><br>v.<br>Department of Homeland Security | Case No. 25-9523 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>Petitioner Frontier Airlines, Inc.</u> certifies[1] as follows:

**X**  The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

Frontier Airlines, Inc. is a wholly owned subsidiary of Frontier Group Holdings, Inc. (ticker: ULCC).

☐  There is no information to disclose pursuant to Fed. R. App. P. 26.1.

<u>February 26, 2025</u>
Date

<u>  /s/ Adam P. Feinberg  </u>
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

1

## CERTIFICATE OF SERVICE

I hereby certify that:

    **X**    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    I further hereby certify that on February 19, 2025, I electronically filed the foregoing **Disclosure Statement** with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

    Weili J. Shaw
      *Counsel of Record*
    Daniel Tenny
    U.S. Dep't of Justice
    Civil Division, Appellate Staff
    950 Pennsylvania Ave. NW
    Washington, DC 20530
    weili.j.shaw@usdoj.gov
    daniel.tenny@usdoj.gov

    *Counsel for Respondent Department of Homeland Security*

    */s/ Adam P. Feinberg*
    Adam P. Feinberg
    MILLER & CHEVALIER CHARTERED
    900 Sixteenth St. NW
    Black Lives Matter Plaza
    Washington, DC 20006
    Tel. (202) 626-5800
    Fax. (202) 626-5801
    afeinberg@milchev.com