# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Frontier Airlines, Inc.

v.

Department of Homeland Security

Case No. 25-9523

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for: <u>Petitioner Frontier Airlines, Inc.</u>, in the above-captioned case.[1]

                                          */s/ Adam P. Feinberg*
                                          Adam P. Feinberg
                                          MILLER & CHEVALIER CHARTERED
                                          900 Sixteenth St. NW
                                          Black Lives Matter Plaza
                                          Washington, DC 20006
                                          Tel. (202) 626-5800
                                          Fax. (202) 626-5801
                                          afeinberg@milchev.com

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

**X**  The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

Frontier Airlines, Inc. is a wholly owned subsidiary of Frontier Group Holdings, Inc. (ticker: ULCC).

\_\_  There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

  February 26, 2025
Date

  */s/ Adam P. Feinberg*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

**X**     All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.

I further hereby certify that on February 26, 2025, I electronically filed the foregoing **Entry of Appearance and Certificate of Interested Parties** with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Weili J. Shaw
  *Counsel of Record*
Daniel Tenny
U.S. Dep't of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530
weili.j.shaw@usdoj.gov
daniel.tenny@usdoj.gov

  */s/ Adam P. Feinberg*
Adam P. Feinberg
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Black Lives Matter Plaza
Washington, DC 20006
Tel. (202) 626-5800
Fax. (202) 626-5801
afeinberg@milchev.com