CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

March 5, 2025

Adam P. Feinberg, Esq.
Miller & Chevalier Chartered
900 16th Street N.W.
Washington, DC  20006

Weili J. Shaw, Esq.
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC  20530

RE:  No. 25-9523 – Frontier Airlines, Inc.  v. Department of Homeland Security

**MEDIATION CONFERENCE NOTICE**

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case for **Friday, March 14, 2025** at **10:00 AM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within three business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator