CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

March 13, 2025

Adam P. Feinberg, Esq.
Miller & Chevalier Chartered
900 16th Street, N.W.
Black Lives Matter Plaza
Washington, DC  20006

Weili J. Shaw, Esq.
Daniel Tenny, Esq.
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

RE:  No. 25-9523 – Frontier Airlines, Inc. v. Department of Homeland Security

Dear Counsel:

      Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the agency record is extended to **May 23, 2025**.

Sincerely,

*David W. Aemmer*

David W. Aemmer

DWA:dm